UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-cr-00193-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER TO SEAL** |
| | ) |
| RODERICK JEROME JOHNSON | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 24 and its corresponding Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney who is to provide copies of the Order corresponding to Docket Number 24 to the attorney for the defendant.

This the 15 day of January, 2016.

_____
JAMES C. FOX
Senior United States District Judge